IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| STEVEN BOLCH, et al., | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| ROY COOPER, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Extension Of Time To Respond To Plaintiff's Complaint" (Document No. 15) filed September 16, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Extension Of Time To Respond To Plaintiff's Complaint" (Document No. 15) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint (Document No. 1), on or before **October 10, 2024**.

**SO ORDERED**.

Signed: September 16, 2024

David C. Keesler
United States Magistrate Judge