IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| JAMESON C., a minor, by next friend STEVEN BOLCH; SARA M., LEAH M., HARRY M., minors by next friend KARI DANFORTH; MEGAN S. and CHLOE S., minors, by next friend DARIA BARAZANDEH; ANNIE W., JUSTIN B., MORGAN G., minors, by next friend VERONIKA MONTELEONE, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>ROY COOPER, in his official capacity as the Governor of North Carolina, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, KODY KINSLEY, in his official capacity as the Secretary of the North Carolina Department of Health and Human Services, SUSAN OSBORNE, in her official capacity as Assistant Secretary of County Operations of the Division of Social Services, MARK PAYNE, as the Director of the Division of Health Service Regulation, MECKLENBURG COUNTY, MECKLENBURY COUNTY DEPARTMENT OF SOCIAL SERVICES-YOUTH AND FAMILY SERVICES, GASTON COUNTY, and GASTON COUNTY DEPARTMENT OF SOCIAL SERVICES,<br>     Defendants. | **DEFENDANTS GASTON COUNTY AND THE GASTON COUNTY DEPARTMENT OF SOCIAL SERVICES' MOTION TO DISMISS** |

Defendants Gaston County and the Gaston County Department of Social Services

("Gaston County"), pursuant to Fed. R. Civ. P. Rule 12(b)(1) and 12(b)(6) and Local Rule 7.1, hereby submit the following Motion to Dismiss. Gaston County and the Gaston County Department of Social Services respectfully request that the Court dismiss Plaintiffs' Complaint against them in its entirety. In support of their Motion, Gaston County and the Gaston County Department of Social Services submit their Memorandum of Law being filed contemporaneously with this Motion.

This the 10th day of October, 2024.

      **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

    BY: /s/ J. Matthew Little
      J. Matthew Little – N.C. State Bar No. 20032
      Jacob H. Wellman – N.C. State Bar No. 28853
      Daniel T. Strong – N.C. State Bar No. 49546
      P.O. Box 19207
      Raleigh, NC 27619-9207
      Telephone: (919) 873-0166
      Facsimile: (919) 873-1814
      Email:  mlittle@teaguecampbell.com
          jwellman@teaguecampbell.com
          dstrong@teaguecampbell.com
      *Attorneys for Defendants Gaston County and the*
      *Gaston County Department of Social Services*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

This the 10th day of October, 2024.

      **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

  BY: /s/ J. Matthew Little
     J. Matthew Little – N.C. State Bar No. 20032
     Jacob H. Wellman – N.C. State Bar No. 28853
     Daniel T. Strong – N.C. State Bar No. 49546

4853-6262-1677, v. 1