IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-00783-FDW-DCK

| | |
|---|---|
| STEVEN BOLCH, as next friend of J.C. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER, et al.,<br><br>Defendants | **MOTION TO DISMISS OF DEFENDANTS MECKLENBURG COUNTY AND MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES** |

Defendants Mecklenburg County and Mecklenburg County Department of Social Services ("Defendants") hereby move this Court to dismiss Plaintiffs' Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion to Dismiss is based upon the pleadings, records in this action, accompanying memorandum of law, and any other evidence that may be presented at a hearing, if set by this Court, or otherwise presented to the Court.

Respectfully submitted, this the 6th day of December 2024.

*/s/ Sean F. Perrin*
Sean F. Perrin (N.C. Bar No. 22253)
Kimberly Sullivan (N.C. Bar No. 23480)
WOMBLE BOND DICKINSON (U.S.) LLP
301 S. College Street, Suite 3500
Charlotte, NC 28202
(704) 331-4992
(704) 444-2923
Fax: (704) 338-7814
Sean.Perrin@wbd-us.com
Kimberly.Sullivan@wbd-us.com

*Attorneys for Defendants Mecklenburg County and Mecklenburg County Department of Social Services*