IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:24-cv-783-FDW-DCK

| | |
|---|---|
| STEVEN BOLCH, as next friend of J.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER, et al.,<br><br>Defendants. | **DEFENDANTS MECKLENBURG COUNTY AND MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES – YOUTH AND FAMILY SERVICES REQUEST FOR PRELIMINARY HEARING** |

Pursuant to Section 3(c)(ii) of this Court's Initial Scheduling Order, Defendants Mecklenburg County and Mecklenburg County Department of Social Services – Youth and Family Services ("Defendants"), request a preliminary hearing on Defendants' 12(b)(1) and 12(b)(6) motions so Defendants are not forced to expend additional resources in discovery.

This request is based upon the accompanying Brief and court file in this action.

Respectfully submitted this 6th day of December 2024.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Sean F. Perrin*
Sean F. Perrin (NCSB No. 22253)
Kimberly Sullivan (NCSB No. 23480)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No.:  (704) 331-4992
                (704) 444-2923
Fax No. (704) 338-7814
E-mail:
Sean.Perrin@wbd-us.com
Kimberly.Sullivan@wbd-us.com
*Counsel for Defendants Mecklenburg County and Mecklenburg County Dept. of Social Services – Youth and Family Services*