IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-cv-00783-FDW-DCK

| | |
|---|---|
| JAMESON C., a minor, by next friend STEVEN BOLCH; SARA M., LEAH M., HARRY M., minors by next friend KARI DANFORTH; MEGAN S. and CHLOE S., minors, by next friend DARIA BARAZANDEH; ANNIE W., JUSTIN B., MORGAN G., minors, by next friend VERONIKA MONTELEONE, SYLVIA T, minor, by next friend ANNIE RICHEY, AVA J., minor, by next friend KAYLA DEWALD, ALICE B., minor by next friend JACKSON ALBERT, and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ROY COOPER, in his official capacity as the Governor of North Carolina, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, KODY KINSLEY, in his official capacity as the Secretary of the North Carolina Department of Health and Human Services, SUSAN OSBORNE, in her official capacity as Assistant Secretary of County Operations of the Division of Social Services, MARK PAYNE, as the Director of the Division of Health Service Regulation, MECKLENBURG COUNTY, MECKLENBURY COUNTY DEPARTMENT OF SOCIAL SERVICES-YOUTH AND FAMILY SERVICES, GASTON COUNTY, GASTON COUNTY DEPARTMENT OF SOCIAL SERVICES, DAVIDSON COUNTY, DAVIDSON COUNTY DEPARTMENT OF SOCIAL | **DEFENDANTS GASTON COUNTY AND GASTON COUNTY DEPARTMENT OF SOCIAL SERVICES' RESPONSE TO REQUESTS FOR PRELIMINARY HEARING** |

| |
|---|
| SERVICES, HARNETT COUNTY, HARNNETT COUNTY DEPARTMENT OF SOCIAL SERVICES, RANDOLPH COUNTY, RANDOLPH COUNTY DEPARTMENT OF SOCIAL SERVICES, ROCKINGHAM COUNTY, ROCKINGHAM DEPARTMENT OF SOCIAL SERVICES, JOHNSTON COUNTY and JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, <br><br>                Defendants. |

NOW COME Defendants Gaston County and the Gaston County Department of Social Services ("Gaston County"), and respond to the requests of Mecklenburg County, Mecklenburg County Department of Social Services – Youth Family Services, the North Carolina Department of Health and Human Services, Kody Kinsley, Mark Payne, and Roy Cooper (the "Moving Defendants") for a preliminary hearing on their Motions to Dismiss.

Gaston County, which has also filed a Motion to Dismiss, agrees with the Moving Defendants' requests for a preliminary hearing and joins in the same. The pending motions to dismiss would, if granted, dispose of all issues pending in this litigation. To initiate discovery proceedings during the pendency of the motions would risk the unnecessary expenditure of taxpayer resources. Gaston County therefore joins the Moving Defendants in requesting that the Court hold a preliminary hearing on all pending motions to dismiss prior to the initiation of discovery proceedings.

This the 11th day of December, 2024.

                **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

            BY:  /s/ *J. Matthew Little*
                   J. Matthew Little, N.C. State Bar No. 20032
                   Jacob H. Wellman, N.C. State Bar No. 28853
                   Daniel T. Strong, N.C. State Bar No. 49546
                   P.O. Box 19207
                   Raleigh, NC 27619-9207
                   Telephone:  (919) 873-0166
                   Facsimile:   (919) 873-1814
                   Email:        mlittle@teaguecampbell.com
                                     jwellman@teaguecampbell.com
                                     dstrong@teaguecampbell.com
                ***Attorney for Defendants Gaston County and Gaston County Department of Social Services***

**CERTIFICATE OF WORD COUNT**

I hereby certify that the foregoing document complies with the word limitation requirement of Section 3(b)(iv) of the Initial Scheduling Order. This response contains 155 words, excluding the categories of words excluded under Section 3(b)(iv), as measured by Microsoft Word.

This the 11th day of December, 2024.

        **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

      BY: /s/ J. Matthew Little
         J. Matthew Little – N.C. State Bar No. 20032
         Jacob H. Wellman – N.C. State Bar No. 28853
         Daniel T. Strong – N.C. State Bar No. 49546

**CERTIFICATE REGARDING THE USE OF ARTIFICIAL INTELLIGENCE**

I hereby certify, in accordance with the Court's Standing Order In Re: Use of Artificial Intelligence (Docket No. 3:24-mc-104), that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in Lexis; and that every statement and every citation to an authority contained in this document has been checked by an attorney in this case as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 11th day of December, 2024.

                        **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

                    BY:   /s/ J. Matthew Little
                              J. Matthew Little – N.C. State Bar No. 20032
                              Jacob H. Wellman – N.C. State Bar No. 28853
                              Daniel T. Strong – N.C. State Bar No. 49546

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

By: /s/ *J. Matthew Little*
      J. Matthew Little