**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:24-CV-783-FDW-DCK**

| | | |
|---|---|---|
| **STEVEN BOLCH,  et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROY COOPER,  et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*" (Document No. 71) filed by Local Counsel Christopher J. Blake on December 13, 2024.

Applicant Marcia Lowry seeks to appear as counsel *pro hac vice* for Plaintiffs.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 71) is **GRANTED**.  Marcia Lowry is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 16, 2024

David C. Keesler
United States Magistrate Judge