# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| STEVEN BOLCH, et al., | )<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| v. | )<br>) |
| ROY COOPER, et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion For Extension Of Time And Briefing Schedule" (Document No. 73) filed December 17, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion with modification. Respectfully, the undersigned will decline to set deadlines or otherwise adjust the schedule for the parties' "anticipated" motions. However, the Court will direct that additional time be available for filing responses to the existing motions.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion For Extension Of Time And Briefing Schedule" (Document No. 73) is **GRANTED with modification** as follows. Plaintiffs shall file responses to the pending Motions To Dismiss (Document Nos. 46, 51, 54, and 56) on or before **January 8, 2025**.

**SO ORDERED**.

Signed: December 18, 2024

David C. Keesler
United States Magistrate Judge