IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 1:24-cv-657

| | |
|---|---|
| STEVEN BOLCH, as next friend of J.C., et al.,<br><br>　　　　　　Plaintiffs,<br>v.<br>ROY COOPER, et al.,<br><br>　　　　　　Defendants. | **DEFENDANTS GASTON COUNTY AND GASTON COUNTY DEPARTMENT OF SOCIAL SERVICES' NOTICE OF NON-REPLY** |

Defendants Gaston County and Gaston County Department of Social Services, pursuant to Local Rule 7.1(e), hereby notify the Court that they will not file a Reply to Plaintiffs' Response to Defendants' Motion for Preliminary Hearing [D.E. 75].

This the 23rd day of December, 2024.

　　　　　　**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

　　　　　　BY:　/s/ *Daniel T. Strong*
　　　　　　　　　J. Matthew Little, N.C. State Bar No. 20032
　　　　　　　　　Jacob H. Wellman, N.C. State Bar No. 28853
　　　　　　　　　Daniel T. Strong, N.C. State Bar No. 49546
　　　　　　　　　P.O. Box 19207
　　　　　　　　　Raleigh, NC 27619-9207
　　　　　　　　　Telephone:　(919) 873-0166
　　　　　　　　　Facsimile:　(919) 873-1814
　　　　　　　　　mlittle@teaguecampbell.com
　　　　　　　　　jwellman@teaguecampbell.com
　　　　　　　　　dstrong@teaguecampbell.com
　　　　　　　　　*Attorney for Defendants Gaston County and Gaston County Department of Social Services*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

This the 23rd day of December, 2024.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: /s/ *Daniel T. Strong*
J. Matthew Little, N.C. State Bar No. 20032
Jacob H. Wellman, N.C. State Bar No. 28853
Daniel T. Strong, N.C. State Bar No. 49546