IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| STEVEN BOLCH, et al., | )<br>) |
| Plaintiff, | )     **ORDER** |
| v. | )<br>)<br>) |
| ROY COOPER, et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 89) filed by Local Counsel Christopher J. Blake on January 7, 2025.

Applicant Laura Welikson seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 89) is **GRANTED**. Laura Welikson is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: January 7, 2025

David C. Keesler
United States Magistrate Judge