IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00783-FDW-DCK

| | |
|---|---|
| STEVEN BOLCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROY COOPER, et al., <br><br> Defendants. | **DEFENDANTS JOHNSTON COUNTY AND JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |

**NOW COME** Defendants Johnston County ("County") and Johnston County Department of Social Services ("Johnston DSS") (collectively, "Johnston Defendants"), by and through the undersigned counsel, and pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move the Court to dismiss with prejudice all claims against Johnston Defendants in the Amended Complaint. (D.E. 37.) Specifically, as and for the basis of their motion, and as set out more fully in the Memorandum of Law filed contemporaneously herewith, Johnston Defendants contend: (1) the Court lacks subject matter jurisdiction, as Johnston Plaintiffs next friend, Daria Barazandeh, lacks standing; (2) Johnston DSS lacks capacity to be sued under North Carolina law; (3) Plaintiffs fail to state claims under the Americans With Disabilities Act, Rehabilitation Act, and *Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658 (1978); and (4) the Adoption Assistance and Child Welfare Act and North Carolina Social Services Law do not confer private rights of action.

WHEREFORE, Johnston Defendants respectfully request the Court allow their motion to dismiss and dismiss all claims against them in the Amended Complaint with prejudice.

This the 21st day of January, 2025.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
NC State Bar No.: 13484
Email: jnellis@poynerspruill.com
Sydney P. Davis
NC State Bar No.: 58038
Email: sdavis@poynerspruill.com
1151 Falls Road Suite 1000
Rocky Mount, NC 27804
Telephone: 252-972-7115
*Attorneys for Defendants Johnston County and Johnston County Department of Social Services*

2

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record. I further certify that I have this day served all remaining parties or their attorneys pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure via first-class mail, postage prepaid, addressed to the following non-CM/ECF participants:

| | |
|---|---|
| Christopher J. Blake<br>D. Martin Warf<br>Nelson Mullins Riley & Scarborough, LLP<br>301 Hillsborough Street, Suite 1400<br>Raleigh, NC 27603<br>chris.blake@nelsonmullins.com<br>*Counsel for Plaintiffs* | Stephanie Ann Breman<br>NC Department of Justice<br>114 W. Edenton Street<br>PO Box 629<br>Raleigh, NC 27602<br>sbreman@ncdoj.gove<br>*Counsel for Roy Cooper* |
| Katherine M. McCraw<br>Lisa Bradley<br>NC Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>kmccraw@ncdoj.gov<br>lbradley@ncdoj.gov<br>*Counsel for NC DHHS, Kody Kinsley Susan Osborn, Mark Payne* | Sean F. Perrin<br>Kimberly Sullivan<br>Womble Bond Dickinson (US) LLp<br>301 S. College Street, Suite 3500<br>Charlotte, NC 28202<br>sean.perrin@wbd-us.com<br>kimberly.sullivan@wbd-us.com<br>*Counsel for Mecklenburg County, Mecklenburg County Department of Social Services- Youth and Family Services, Randolph County, Randolph County Department of Social Services* |
| J. Matthew Little<br>Jacob H. Wellman<br>Daniel T. Strong<br>Teague, Campbell, Dennis & Gorham<br>4800 Six Forks Road, Suite 300<br>Raleigh, NC 27609<br>Mlittle@teaugecampbell.com<br>jwellman@tcdg.com<br>dstrong@teaguecampbell.com<br>*Counsel for Gaston County, Gaston County Department of Social Services, Harnett County, Harnett County Department of Social Services, Rockingham County, Rockingham County Department of Social Services* | Jake William Stewart<br>Patrick Flanagan<br>Cranfill Sumner & Hartzog, LLP<br>2907 Providence Road<br>Suite 200<br>Charlotte, NC 28211<br>jstewart@cshlaw.com<br>phf@cshlaw.com<br>*Counsel for Davidson County & DSS* |

3

This the 21st day of January, 2025.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
NC State Bar No.: 13484
Email: jnellis@poynerspruill.com
Sydney P. Davis
NC State Bar No.: 58038
Email: sdavis@poynerspruill.com
1151 Falls Road Suite 1000
Rocky Mount, NC 27804
Telephone: 252-972-7115
*Attorneys for Defendants Johnston County and Johnston County Department of Social Services*

4