IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| Jameson C., minor, by next friend STEVEN BOLCH; *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER in his official capacity as the Governor of North Carolina, *et al.*,<br><br>Defendants. | **MOTION TO INCREASE THE WORD LIMIT FOR RESPONSES TO MOTIONS TO DISMISS** |

NOW COME Plaintiffs, through undersigned counsel, and seek an increase in the word limit set by this Court's Initial Scheduling Order for responses to motions to dismiss. Paragraph 3(b)(iv) of this Court's Initial Scheduling Order limits memorandum of law in opposition to a motion to dismiss to 4,500 substantive words. Plaintiffs are responding to motions dismiss filed by ten defendants in five separate motions to dismiss (each County is moving to dismiss on its behalf and as to the respective county social services agencies). As alluded to in the prior motion for extension of time [D.E. 86] Plaintiffs can consolidate the responses to these motions to dismiss [D. E. 103, 105, 110, 113, and 115] into one responsive memorandum but need additional words to make that consolidation feasible. By consolidating the responses and increasing the word count in the consolidated brief to 7000 this Court will be spared additional, repetitive briefs in response.

Counsel for each party has been consulted and no party is raising an objection to this motion.

For these reasons, Plaintiffs respectfully request that they be permitted to exceed the word limit in a single response to Johnston County, Johnson County DSS, Davidson County, Davidson

1

County DSS, Harnett County, Harnett County DSS, Rockingham County, Rockingham County DSS, Randolph County, and Randolph County DSS's Motions to Dismiss and file a responsive memorandum in opposition not to exceed 7000 words as otherwise calculated consistent with Paragraph 3(b)(iv) of this Court's Initial Scheduling Order.

Respectfully submitted, this the 12th day of February, 2025.

          */s/ D. Martin Warf*
          Christopher J. Blake
          chris.blake@nelsonmullins.com
          N.C. State Bar No. 16433
          D. Martin Warf
          martin.warf@nelsonmullins.com
          N.C. State. Bar No. 32982
          **NELSON MULLINS RILEY & SCARBOROUGH, LLP**
          301 Hillsborough Street, Suite 1400
          Raleigh, NC 27603
          Telephone: (919) 329-3800
          Facsimile: (919) 329-3799

          Marcia Robinson Lowry (*admitted pro hac*)
          mlowry@abetterchildhood.org
          David Baloche (*pro hac vice forthcoming*)
          dbaloche@abetterchildhood.org
          Laura Welikson (*admitted pro hac*)
          lwelikson@abetterchildhood.org
          Robyn Goldberg (*pro hac vice forthcoming*)
          rgoldberg@abetterchildhood.org
          **A BETTER CHILDHOOD**
          355 Lexington Avenue, Floor 16
          New York, NY 10017
          Telephone: (646) 795-4456
          Facsimile: (212) 692-0415

          *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of the filing via email to counsel of record.

This the 12th day of February, 2025.

/s/ D. Martin Warf
Christopher J. Blake
chris.blake@nelsonmullins.com
N.C. State Bar No. 16433
D. Martin Warf
martin.warf@nelsonmullins.com
N.C. State. Bar No. 32982
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

Marcia Robinson Lowry (*admitted pro hac*)
mlowry@abetterchildhood.org
David Baloche (*pro hac vice forthcoming*)
dbaloche@abetterchildhood.org
Laura Welikson (*admitted pro hac*)
lwelikson@abetterchildhood.org
Robyn Goldberg (*pro hac vice forthcoming*)
rgoldberg@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*