IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00783-FDW-DCK

| | |
|---|---|
| STEVEN BOLCH, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>ROY COOPER, et al.,<br><br>                Defendants. | **DEFENDANTS JOHNSTON COUNTY AND JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES' ADOPTION OF SUPPLEMENTAL AUTHORITY (D.E. 129)** |

**NOW COME** Defendants Johnston County and Johnston County Department of Social Services (collectively, "Johnston Defendants"), pursuant to Local Rule 7.1(j), and respectfully adopt the Notice of Supplemental Authority filed by the North Carolina Department of Health and Human Services (D.E. 129) to the extent such is applicable to Plaintiffs' claims made against Johnston Defendants.

This the 18th day of March, 2025.

                                              **POYNER SPRUILL LLP**

                                        By:    /s/ J. Nicholas Ellis
                                                     J. Nicholas Ellis
                                                     NC State Bar No.: 13484
                                                     Email: jnellis@poynerspruill.com
                                                     Sydney P. Davis
                                                     NC State Bar No.: 58038
                                                   Email: sdavis@poynerspruill.com
                                                   1151 Falls Road Suite 1000
                                                   Rocky Mount, NC  27804
                                                   Telephone: 252-972-7115
                                                   *Attorneys for Defendants Johnston County and Johnston County Department of Social Services*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record. I further certify that I have this day served all remaining parties or their attorneys pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure via first-class mail, postage prepaid, addressed to the following non-CM/ECF participants:

Christopher J. Blake
D. Martin Warf
Nelson Mullins Riley & Scarborough, LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC  27603
chris.blake@nelsonmullins.com
*Counsel for Plaintiffs*

Stephanie Ann Breman
NC Department of Justice
114 W. Edenton Street
PO Box 629
Raleigh, NC  27602
sbreman@ncdoj.gove
*Counsel for Roy Cooper*

David Baloche
Laura Welikson
Marcia Robinson Lowry
A Better Childhood
355 Lexington Ave, Floor 16
New York, NY 10017
*Pro Hac Vice* Counsel for Plaintiffs

Katherine M. McCraw
Lisa Bradley
NC Department of Justice
PO Box 629
Raleigh, NC  27602
kmccraw@ncdoj.gov
lbradley@ncdoj.gov
*Counsel for NC DHHS, Kody Kinsley
Susan Osborn, Mark Payne*

Sean F. Perrin
Kimberly Sullivan
Womble Bond Dickinson (US) LLp
301 S. College Street, Suite 3500
Charlotte, NC  28202
sean.perrin@wbd-us.com
kimberly.sullivan@wbd-us.com
*Counsel for Mecklenburg County, Mecklenburg County Department of Social Services- Youth and Family Services, Randolph County, Randolph County Department of Social Services*

J. Matthew Little
Jacob H. Wellman
Daniel T. Strong
Teague, Campbell, Dennis & Gorham
4800 Six Forks Road, Suite 300
Raleigh, NC  27609
Mlittle@teaugecampbell.com

Jake William Stewart
Patrick Flanagan
Cranfill Sumner & Hartzog, LLP
2907 Providence Road
Suite 200
Charlotte, NC 28211
jstewart@cshlaw.com

jwellman@tcdg.com
dstrong@teaguecampbell.com
*Counsel for Gaston County, Gaston County Department of Social Services, Harnett County, Harnett County Department of Social Services, Rockingham County, Rockingham County Department of Social Services*

phf@cshlaw.com
*Counsel for Davidson County & DSS*

This the 18th day of March, 2025.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
NC State Bar No.: 13484
Email: jnellis@poynerspruill.com
Sydney P. Davis
NC State Bar No.: 58038
Email: sdavis@poynerspruill.com
1151 Falls Road Suite 1000
Rocky Mount, NC  27804
Telephone: 252-972-7115
*Attorneys for Defendants Johnston County and Johnston County Department of Social Services*