IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-cv-00783-FDW-DCK

| | |
|---|---|
| Jameson C., a minor, by next friend STEVEN BOLCH, Sara M., Leah M., Harry M., minors, by next friend KARDI DANFORTH, Megan S., Chloe S., minors, by next friend DARIA BARAZANDEH, Anne W., Justin B., Morgan G., minors, by next friend VERONIKA MONTELEONE, Sylvia T., minor, by next friend ANNE RICHEY, Ava J., minor, by next friend KAYLA DEWALD, Alice B., minor, by next friend KIMBERLY CROTHERS, Rene S., minor, by next friend JACKSON ALBERT,<br><br>              Plaintiffs,<br><br>v.<br><br>ROY COOPER, in his official capacity as the Governor of North Carolina, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, KODY KINSLEY, in his official capacity as Director of the North Carolina Department of Health and Human Services, SUSAN OSBORN, in her official capacity as Assistant Secretary for County Operations of the Division of Social Services, MARK PAYNE, as the Director of the Division of Health Service Regulation, MECKLENBURG COUNTY, MECKLENBURG DEPARTMENT OF SOCIAL SERVICES-YOUTH AND FAMILY SERVICES, GASTON COUNTY, GASTON COUNTY DEPARTMENT OF SOCIAL SERVICES, | **DEFENDANTS DAVIDSON COUNTY AND DAVIDSON COUNTY DEPARTMENT OF SOCIAL SERVICES' ADOPTION OF SUPPLEMENTAL AUTHORITY [D.E. 129]** |

| | |
|---|---|
| DAVIDSON COUNTY, DAVIDSON COUNTY DEPARTMENT OF SOCIAL SERVICES, HARNETT COUNTY, HARNETT COUNTY DEPARTMENT OF SOCIAL SERVICES, RANDOLPH COUNTY, RANDOLPH COUNTY DEPARTMENT OF SOCIAL SERVICES, ROCKINGHAM COUNTY, ROCKINGHAM COUNTY DEPARTMENT OF SOCIAL SERVICES, JOHNSTON COUNTY, JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Defendants Davidson County and Davidson County Department of Social Services (hereinafter "Davidson County Defendants"), pursuant to Local Rule 7.1(j), respectfully adopt the Notice of Supplemental Authority filed by the North Carolina Department of Health and Human Services [D.E. 129] to the extent such is applicable to Plaintiffs' claims made against the Davidson County Defendants.

This 19th day of March, 2025.

                                      CRANFILL SUMNER LLP

BY:   */s/ Patrick H. Flanagan*
        Patrick H. Flanagan, NC Bar #17407
        Jake W. Stewart, NC Bar #51157
        Attorney for Davidson County, Davidson
        County Department of Social Services
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300
        Facsimile (704) 332-9994
        phf@cshlaw.com
        jstewart@cshlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I electronically filed the foregoing *DEFENDANTS DAVIDSON COUNTY AND DAVIDSON COUNTY DEPARTMENT OF SOCIAL SERVICES' ADOPTION OF SUPPLEMENTAL AUTHORITY [D.E. 129]* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

CRANFILL SUMNER LLP

BY: */s/ Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
Jake W. Stewart, NC Bar #51157
Attorney for Davidson County, Davidson County Department of Social Services
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com
jstewart@cshlaw.com