IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| Jameson C., minor, by next friend STEVEN BOLCH; *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROY COOPER in his official capacity as the Governor of North Carolina, *et al.*, <br><br> Defendants. | **RESPONSE TO DHHS DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

*Medina v. Planned Parenthood South Atlantic et al.*, --- S. Ct. ----, No. 23-1275, 2025 U.S. LEXIS 2492 (June 26, 2025) "simply applies the same test [the Supreme Court] applied in *Gonzaga* and again in *Talevsksi*." *Id.* at *35 n.9. The "clear and unambiguous 'right-creating language'" test has not changed. *Id.* at *23 (quoting *Talevski*, 499 U.S. at 184, 186).

Respectfully submitted, this the 7th of July, 2025.

/s/ Christopher J. Blake
Christopher J. Blake
chris.blake@nelsonmullins.com
N.C. State Bar No. 16433
D. Martin Warf
martin.warf@nelsonmullins.com
N.C. State. Bar No. 32982
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

Marcia Robinson Lowry (*admitted pro hac*)
mlowry@abetterchildhood.org
David Baloche (*admitted pro hac*)

dbaloche@abetterchildhood.org
Laura Welikson (*admitted pro hac*)
lwelikson@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of the filing via email to counsel of record.

This the 7th of July, 2025.

*/s/ Christopher J. Blake*
Christopher J. Blake
chris.blake@nelsonmullins.com
N.C. State Bar No. 16433
D. Martin Warf
martin.warf@nelsonmullins.com
N.C. State. Bar No. 32982
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

Marcia Robinson Lowry (*admitted pro hac*)
mlowry@abetterchildhood.org
David Baloche (*admitted pro hac*)
dbaloche@abetterchildhood.org
Laura Welikson (*admitted pro hac*)
lwelikson@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*