# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**Civil No. 3:24-cv-00783**

| | |
|---|---|
| Jameson C., minor, by next friend STEVEN BOLCH et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSH STEIN, in his official capacity as the Governor of North Carolina, et al., <br><br> Defendants. | **DEFENDANT GOVERNOR STEIN'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOW COMES Defendant Governor Stein, by and through the undersigned counsel, and provides this notice of supplemental authority in support of his motion to dismiss. Defendant Stein provides this Court with notice of the case *Sheppheard, et al. v. Morrisey, et al.*, No. 24-6691, 2025 U.S. App. LEXIS 16854 (4th Cir. July 9, 2025) (Exhibit 1 hereto).

Respectfully submitted this the 11th day of August 2025.

**JEFF JACKSON**
**ATTORNEY GENERAL**


/s/ Stephanie A. Brennan
Stephanie A. Brennan
Special Deputy Attorney General
NC State Bar No. 35955

NC Department of Justice
114 W. Edenton St.
PO Box 629
Raleigh, NC  27602-0629
Tel: 919.716.e
Fax: 919.716.6764
sbrennan@ncdoj.gov

*Counsel for Governor Stein*