IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| Jameson C., minor, by next friend STEVEN BOLCH; *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER in his official capacity as the Governor of North Carolina, *et al.*,<br><br>Defendants. | **RESPONSE TO DEFENDANT GOVERNOR STEIN'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

*Sheppheard v. Morrisey*, 143 F.4th 232, 2025 U.S. App. LEXIS 16854 (4th Cir. July 9, 2025), did not effectuate a change in the law. *See id.* at *12-14. Plaintiffs respectfully direct the Court to their brief in Opposition to (then) Governor Cooper's Motion to Dismiss, discussing Plaintiffs' standing. *See* ECF No. 93, at 8-10.

Respectfully submitted, this the 20th day of August, 2025.

                                             */s/ Christopher J. Blake*
                                             Christopher J. Blake
                                             chris.blake@nelsonmullins.com
                                             N.C. State Bar No. 16433
                                             D. Martin Warf
                                             martin.warf@nelsonmullins.com
                                             N.C. State. Bar No. 32982
                                             **NELSON MULLINS RILEY &**
                                             **SCARBOROUGH, LLP**
                                             301 Hillsborough Street, Suite 1400
                                             Raleigh, NC 27603
                                             Telephone: (919) 329-3800
                                             Facsimile: (919) 329-3799

                                             Marcia Robinson Lowry (*admitted pro hac*)
                                             mlowry@abetterchildhood.org
                                             David Baloche (*admitted pro hac*)
                                             dbaloche@abetterchildhood.org
                                             Laura Welikson (*admitted pro hac*)

lwelikson@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of the filing via email to counsel of record.

This the 20th day of August, 2025.

/s/ Christopher J. Blake
Christopher J. Blake
chris.blake@nelsonmullins.com
N.C. State Bar No. 16433
D. Martin Warf
martin.warf@nelsonmullins.com
N.C. State. Bar No. 32982
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

Marcia Robinson Lowry (*admitted pro hac*)
mlowry@abetterchildhood.org
David Baloche (*admitted pro hac*)
dbaloche@abetterchildhood.org
Laura Welikson (*admitted pro hac*)
lwelikson@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*