**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Case No. 3:24-CV-783-FDW-DCK

| | |
|---|---|
| Jameson C., minor, by next friend STEVEN BOLCH; *et. al.*,<br><br>                      Plaintiffs,<br><br>  v.<br><br>ROY COOPER in his official capacity as the Governor of North Carolina, *et al.*,<br><br>                      Defendants. | **RESPONSE TO DHHS DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY [ECF 143]** |

*Sheppheard v. Morrisey*, No. 24-6691, slip op. (4th Cir. July 9, 2025), is factually distinguishable from this case. Plaintiffs there lacked standing because they did not sue the proper parties whose actions were fairly traceable to the alleged unconstitutional prison conditions that caused their injuries. Slip op. at 12-15, 21-22. Rather, as alleged in their complaint, a third party, the Commissioner of West Virginia Division of Corrections and Rehabilitation ("WVDCR"), "actually carries out the day-to-day operations" of the facilities at issue, *id*. at 13, and has "authority and responsibility for [their] administration, operation, and control." *Id.* at 16, 21. For similar reasons, the *Sheppheard* plaintiffs did not adequately allege that their requested relief was within the defendants' control such that they could redress their injuries. *Id*. at 16, 21-22. That is not the case here.

Respectfully submitted, this the 29th of August, 2025.

                                                 */s/ Christopher J. Blake*
                                                 Christopher J. Blake
                                                 chris.blake@nelsonmullins.com
                                                 N.C. State Bar No. 16433
                                                 D. Martin Warf
                                                 martin.warf@nelsonmullins.com

N.C. State. Bar No. 32982
**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

Marcia Robinson Lowry (*admitted pro hac*)
mlowry@abetterchildhood.org
David Baloche (*admitted pro hac*)
dbaloche@abetterchildhood.org
Laura Welikson (*admitted pro hac*)
lwelikson@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of the filing via email to counsel of record.

This the 29th of August, 2025.

*/s/ Christopher J. Blake*
Christopher J. Blake
chris.blake@nelsonmullins.com
N.C. State Bar No. 16433
D. Martin Warf
martin.warf@nelsonmullins.com
N.C. State. Bar No. 32982
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

Marcia Robinson Lowry (*admitted pro hac*)
mlowry@abetterchildhood.org
David Baloche (*admitted pro hac*)
dbaloche@abetterchildhood.org
Laura Welikson (*admitted pro hac*)
lwelikson@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*