IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-00783

Jameson C., minor, by next friend
STEVEN BOLCH et al.,

      *Plaintiffs*,

    v.

JOSH STEIN, et. al.,

      *Defendants*.

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that J.C. by next friend Steven Bolch; S.M., L.M., and H.M. by next friend Kari Danforth; M.S. and C.S. by next friend Daria Barazandeh; A.W., J.B., and M.G. by next friend Veronika Monteleone; S.T. by next friend Anne Richey; A.J. by next friend Jackson Albert, plaintiffs in this proposed class action, appeal on behalf of themselves and all others similarly situated to the United States Court of Appeals for the Fourth Circuit from the District Court's September 25, 2025 Order finding that the next friends lacked standing (Dkt. 145), and from any and all other orders, rulings, findings, and/or conclusions that were adverse to plaintiffs, including the District Court's April 21, 2026 Order denying Plaintiffs' motion for reconsideration under Rule 59(e) (Dkt. 163).

Respectfully submitted, this the 20th day of May 2026.

                        */s/ D. Martin Warf*
                        D. Martin Warf
                        N.C. State. Bar No. 32982
                        **NELSON MULLINS RILEY &**
                        **SCARBOROUGH, LLP**
                        301 Hillsborough Street, Suite 1400

Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
martin.warf@nelsonmullins.com


Marcia Robinson Lowry (*admitted pro hac vice*)
mlowry@abetterchildhood.org
David Baloche (*admitted pro hac vice*)
dbaloche@abetterchildhood.org
Laura Welikson (*admitted pro hac vice*)
lwelikson@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, D. Martin Warf, hereby certify that I caused a true and correct copy of the foregoing to be filed through the ECF system and served electronically on the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted on May 20, 2026.

/s/ D. Martin Warf
D. Martin Warf