FILED:  May 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1663
(3:24-cv-00783-MEO-DCK)

_____

STEVEN BOLCH, as next friend of J. C.; KARI DANFORTH, as next friend of
S. M., L. M. and H. M.; DARIA BARAZANDEH, as next friend of M. S. and C.
S.; VERONIKA MONTELEONE, as next friend of A. W., J. B. and M. G.

Plaintiffs - Appellants

v.

JOSH STEIN, in his official capacity as the Governor of North Carolina; NORTH
CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES;
DEVDUTTA G. SANGVAI, M.D., in his official capacity as Secretary of the
North Carolina Department of Health and Human Services; SUSAN OSBORN, in
her official capacity as Assistant Secretary for County Operations of the Division
of Social Services; MARK PAYNE, in his official capacity as the Director of the
Division of Health Service Regulation; MECKLENBURG COUNTY;
MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES, Youth
and Family Services; GASTON COUNTY; GASTON COUNTY
DEPARTMENT OF SOCIAL SERVICES; DAVIDSON COUNTY; DAVIDSON
COUNTY DEPARTMENT OF SOCIAL SERVICES; HARNETT COUNTY;
HARNETT COUNTY DEPARTMENT OF SOCIAL SERVICES; RANDOLPH
COUNTY; RANDOLPH COUNTY DEPARTMENT OF SOCIAL SERVICES;
ROCKINGHAM COUNTY; ROCKINGHAM COUNTY DEPARTMENT OF
SOCIAL SERVICES; JOHNSTON COUNTY; JOHNSTON COUNTY
DEPARTMENT OF SOCIAL SERVICES

Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:24-cv-00783-MEO-DCK |
| Date notice of appeal filed in originating court: | 05/20/2026 |
| Appellants | Steven Bolch, Kari Danforth, Daria Barazandeh and Veronika Monteleone |
| Appellate Case Number | 26-1663 |
| Case Manager | T. Barton 804-916-2702 |